EDWARD F. COHEN, Respondent, *v.* JONATHAN LEVI COMPANY, INC., Appellant.

(Argued October 3, 1934; decided October 23, 1934.)

*Carleton H. Lewis* for appellant.
*Arthur S. Golden* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ.